# ALABAMA COURT OF CRIMINAL APPEALS



November 1, 2024

**CR-2023-0287**
Antuan Deteiro Johnson v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-19-502.61)

## NOTICE

You are hereby notified that on November 1, 2024, the following action was
taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk